LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, <br><br> Plaintiff, <br><br> v. <br><br> N E S E R E L D E N  S G E R  D B A WIENERSCHNITZEL, et al., <br><br> Defendants. <br> _____/ | Case No. CIV.S. 03-2395 MCE CMK <br><br> **STIPULATION FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR, and defendants, NESERELDEN SGER DBA WIENERSCHNITZEL, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: June 6, 2005          LAW OFFICES OF LYNN HUBBARD, III

                             _____/s/ Lynn Hubbard, III_____
                             LYNN HUBBARD, III
                             Attorney for Plaintiff

Dated: _____, 2005   MCDONOUGH HOLLAND & ALLEN

                             _____*signature on file*_____
                             GLENN PETERSON
                             Attorney for Defendant NESERELDEN SGER
                             DBA WIENERSCHNITZEL

1  **ORDER**

2      IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.
3  CIV.S-03-2395 MCE CMK, is hereby dismissed with prejudice.

5  Dated: Jun 17, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE