LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. CIV.S. 03-2395 MCE CMK |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| ALAN E. BARTHOLEMY JR., TRUSTEE OF THE ALAN E. BARTHOLEMY JR. LIVING TRUST; Y. AOKI, INC.; KAMRAN GHAZI-TEHRANI, et al., | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR, and defendants, ALAN E. BARTHOLEMY JR., TRUSTEE OF THE ALAN E. BARTHOLEMY JR. LIVING TRUST; Y. AOKI, INC.; KAMRAN GHAZI-TEHRANI, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

//

///

///

| | | |
|---|---|---|
| 1 | Dated: June 6, 2005 | LAW OFFICES OF LYNN HUBBARD, III |
| 2 | | __/s/ Lynn Hubbard, III_____ |
| 3 | | LYNN HUBBARD, III |
| 4 | | Attorney for Plaintiff |

Dated: June 6, 2005        DOWNEY BRAND

___*Signature on File*_____

RHONDA CANBY
Attorney for Defendant ALAN E. BARTHOLEMY JR., TRUSTEE OF THE ALAN E. BARTHOLEMY JR. LIVING TRUST

Dated: June 23, 2005       LAW OFFICES OF RICHARD H. HART

*Signature on File*_____

RICHARD HART
Attorney for Defendant Y. AOKI, INC.

Dated: June 6, 2005        LIVINGSTON & MATTESICH

___*Signature on File*_____

MARC KOENIGSBERG
Attorney for Defendant KAMRAN GHAZI-TEHRANI

1 **ORDER**

3   IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.
4 CIV.S-03-2395 MCE CMK, is hereby dismissed with prejudice.

6 Dated: Jul 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal and Order Thereon         FEEZOR v. WIENERSCHNITZEL, et. al.
- 3 -                                            CIV. S.03-2395 MCE CMK